UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AARON CAYLOR,

    Plaintiff,                                 Case No. 3:22-cv-354

vs.

LIFE INSURANCE COMPANY            District Judge Michael J. Newman
OF NORTH AMERICA,                  Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

**ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT ON CASE PROCEEDINGS ON OR BEFORE MAY 26, 2023, OR, ALTERNATIVELY, FILE THEIR JOINT RULE 26(F) REPORT ON OR BEFORE MAY 26, 2023**
_____

This civil case is before the Court on the parties' failure to abide by the Court's order to meet and confer and file their joint Fed. R. Civ. P. 26(f) report on or before April 20, 2023. *See* Doc. No. 5. Thus, the parties are **DIRECTED** to file a joint status report on case proceedings **ON OR BEFORE MAY 26, 2023**.

The parties may alternatively satisfy this order by filing their joint Rule 26(f) report[1] **ON OR BEFORE MAY 26, 2023** and serving their Rule 26(a)(1) initial disclosures on all parties **ON OR BEFORE MAY 19, 2023**, unless otherwise agreed to by the parties in their Rule 26(f) report.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant to Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**

  May 8, 2023                                      s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.